**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern _____ District of California
                    (State)

Case number (If known): _____ Chapter 7

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

1. **Debtor's name**

   Baja Mama's Munchies LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   8 5 – 1 1 8 1 8 2 8

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 4305 Mission Blvd<br>Number  Street | 402 W. Broadway STE 1550<br>Number  Street |
   | | P.O. Box |
   | San Diego  CA  92109<br>City  State  ZIP Code | San Diego  CA  92101<br>City  State  ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | San Diego<br>County | Number  Street |
   | | City  State  ZIP Code |

5. **Debtor's website (URL)**

   https://bajamamasmunchies.com/shaved-ice/

| Debtor | Baja Mama's Munchies LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

7  2  2  5

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor    Baja Mama's Munchies LLC
          Name                                              Case number (if known)_____

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No

☐ Yes. District _____ When _____ Case number _____
                              MM / DD / YYYY

If more than 2 cases, attach a separate list.

        District _____ When _____ Case number _____
                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No

☐ Yes. Debtor _____ Relationship _____

List all cases. If more than 1, attach a separate list.

        District _____ When _____
                                                   MM / DD / YYYY

        Case number, if known _____

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number        Street

                          _____

                          _____     _____
                          City                            State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

        Contact name _____

        Phone _____

---

**Statistical and administrative information**

| Debtor | Baja Mama's Munchies LLC | Case number (if known) |
|--------|--------------------------|------------------------|
| | Name | |

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|--------|---------------|-----------------|
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|--------------|--------------------------|---------------------------|
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☒ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☒ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|--------------|--------------------------|---------------------------|
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   3/27/2023
              MM / DD / YYYY

✗ *Charles Saldana*                              Charles Saldana
Signature of authorized representative of debtor    Printed name
Managing Member

Title _____

---

---

**Fill in this information to identify the case and this filing:**

Debtor Name  Baja Mama's Munchies LLC

United States Bankruptcy Court for the: Southern                    District of  CA
                                                                          (State)

Case number (If known):  _____

---

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

   **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑  *Schedule H: Codebtors* (Official Form 206H)

☑  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule* _____

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/27/2023              ✗  *Charles Saldaña*
                MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                        Charles Saldana
                                        Printed name

                                        Managing Member
                                        Position or relationship to debtor

---

**Fill in this information to identify the case:**

Debtor name  Baja Mama's Munchies LLC

United States Bankruptcy Court for the: Southern          District of  CA
                                                                    (State)

Case number (If known): _____

☐ Check if this is an
  amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                          12/15

---

**Part 1:    Summary of Assets**

---

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B* ..................................................................................  $ _____

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B* ...................................................................................  $ ____130,172.00

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B* .....................................................................................  $ ____130,172.00

---

**Part 2:    Summary of Liabilities**

---

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...............................  $ _____0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F* ......................................  $ _____27,518.22

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* .......................................  + $ ____482,995.81

4. **Total liabilities**...............................................................................................................................................  $ ____510,514.03
   Lines 2 + 3a + 3b

---

**Fill in this information to identify the case:**

Debtor name  Baja Mama's Munchies LLC

United States Bankruptcy Court for the: Southern                District of  CA
                                                                          (State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   **Current value of debtor's interest**

2. **Cash on hand**                                                                 $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. _____ | _____ | __ __ __ __ | $_____ |
   | 3.2. _____ | _____ | __ __ __ __ | $_____ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____          $_____
   4.2. _____          $_____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $_____

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

   **Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   7.1. Leasehold deposit held by landlord, PB Holdings, LLC _____          $          7,500.00
   7.2. _____          $_____

Debtor     Baja Mama's Munchies LLC
                  Name                                                    Case number (if known)_____

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____     $_____

8.2._____     $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                          $_____7,500.00

---

## Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

                                                                          **Current value of debtor's interest**

**11. Accounts receivable**

11a. 90 days old or less:    _____ – _____ = ......➜     $_____
                             face amount          doubtful or uncollectible accounts

11b. Over 90 days old:       _____ – _____ = ......➜     $_____
                             face amount          doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.           $_____

---

## Part 4:   Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

                                                      **Valuation method used for current value**   **Current value of debtor's interest**

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____     _____     $_____

14.2._____     _____     $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                   % of ownership:

15.1._____     _____%     _____     $_____

15.2._____     _____%     _____     $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____     _____     $_____

16.2._____     _____     $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                       $_____

---

Debtor    Baja Mama's Munchies LLC _____    Case number (if known)_____
         Name

| **Part 5:** | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

| Debtor | Baja Mama's Munchies LLC | Case number (if known) |
|--------|--------------------------|------------------------|
|        | Name                     |                        |

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ _____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------------------------------------------|-----------------------------------------|-----------------------------------|
| **39. Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| **40. Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ _____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

Debtor    Baja Mama's Munchies LLC
          Name                                          Case number *(if known)*_____

---

**Part 8:**  **Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49.  **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| Fixed Utility Assets and Inventory | $_____ | _____ | $ 122, 672.00 |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____ 122,672.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor   Baja Mama's Munchies LLC

Case number (if known)_____

Name

---

### Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1_____ | _____ | $_____ | _____ | $_____ |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

### Part 10:   Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** _____ | $_____ | _____ | $_____ |
| **61. Internet domain names and websites** _____ | $_____ | _____ | $_____ |
| **62. Licenses, franchises, and royalties** _____ | $_____ | _____ | $_____ |
| **63. Customer lists, mailing lists, or other compilations** _____ | $_____ | _____ | $_____ |
| **64. Other intangibles, or intellectual property** _____ | $_____ | _____ | $_____ |
| **65. Goodwill** _____ | $_____ | _____ | $_____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

---

Official Form 206A/B      Schedule A/B: Assets — Real and Personal Property      page 6

Debtor _____Baja Mama's Munchies LLC_____    Case number (if known)_____
             Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☒  No
☐  Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒  No
☐  Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒  No
☐  Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒  No. Go to Part 12.
☐  Yes. Fill in the information below.

|  |  |
| --- | --- |
|  | **Current value of debtor's interest** |

71. **Notes receivable**

Description (include name of obligor)

_____   _____ − _____ = → $_____
                                  Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____      Tax year _____   $_____
_____      Tax year _____   $_____
_____      Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____                            $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                            $_____

Nature of claim      _____
Amount requested     $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                            $_____

Nature of claim      _____
Amount requested     $_____

76. **Trusts, equitable or future interests in property**

_____                            $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____                            $_____
_____                            $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.         $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐  No
☐  Yes

Debtor    Baja Mama's Munchies LLC                                    Case number (if known)_____
          Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $_____ | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $____7,500.00 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $_____ | |
| 83. **Investments.** Copy line 17, Part 4. | $_____ | |
| 84. **Inventory.** Copy line 23, Part 5. | $_____ | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $_____ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $_____ | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $ 122,672.00 | |
| 88. **Real property.** Copy line 56, Part 9. . ..................................................................➜ | | $=========== |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $_____ | |
| 90. **All other assets.** Copy line 78, Part 11. | + $_____ | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 130,172.00 | **+** 91b. $_____ |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................    $    130,172.00

**Fill in this information to identify the case:**

Debtor name __Baja Mama's Munchies LLC__

United States Bankruptcy Court for the: __Southern__    District of __CA__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   - ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1** Creditor's name

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to a lien

$_____    $_____

Describe the lien

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

$_____    $_____

Describe the lien

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $_____

Debtor    __Baja Mama's Munchies_____    Case number (if known)_____
　　　　　　Name

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | **Additional Page** | Amount of claim | Value of collateral |
| | | Do not deduct the value of collateral. | that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._**

**Creditor's name**

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____
**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　_____
　　_____
　　_____
　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____
_____    $_____    $_____
_____
_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2._**

**Creditor's name**

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____
**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　_____
　　_____
　　_____
　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____
_____    $_____    $_____
_____
_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Baja Mama's Munchies LLC |
| United States Bankruptcy Court for the: | Southern    District of CA |
| | (State) |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>California Department of Tax and Fee Administration, PO Box 942879, Sacramento, CA 94279 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $ 1,129.92 | $ 1,129.92 |
| | **Date or dates debt was incurred**<br>4/1/2022 | **Basis for the claim:**<br>sale and use tax | | |
| | **Last 4 digits of account number** 7529 __ __ __ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 5 ) | | | |
| **2.2** | **Priority creditor's name and mailing address**<br>California Employment Department Division, 3321 Power Inn Rod, STE 220 Sacramento, CA 95826 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $ 5,400.00 | $ 5,400.00 |
| | **Date or dates debt was incurred**<br>7/5/2022 | **Basis for the claim:**<br>employment benefits | | |
| | **Last 4 digits of account number** 0 9 4 4 | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 5 ) | | | |
| **2.3** | **Priority creditor's name and mailing address**<br>Shanna Bass 28736 Calla Del Lago, Apt. A Murrieta, CA 92563 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 988.30 | $ 988.30 |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>wages | | |
| | **Last 4 digits of account number** __ __ __ __ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 ) | | | |

Debtor    Baja Mama's Munchies LCC
_____
          Name                                                              Case number (if known)_____

| Part 1. | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.__** Priority creditor's name and mailing address

U.S. Internal Revenue Service
P.O. Box 802501, Cincinnati, OH 45280
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$          20,000.00          $          20,000.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
taxes owed
_____

**Last 4 digits of account number** __1__ __8__ __2__ __8__

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

---

**2.__** Priority creditor's name and mailing address

_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____          $_____

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__** Priority creditor's name and mailing address

_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____          $_____

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__** Priority creditor's name and mailing address

_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____          $_____

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

Debtor __Baja Mama's Munchies, LCC_____ Case number *(if known)*_____
     <sub>Name</sub>

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                                Amount of claim

**3.1** Nonpriority creditor's name and mailing address

AT&T

PO Box 6416 Carol Stream, IL 60197

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __internet and phone__

$_____376.32

Date or dates debt was incurred    2/28/2023
Last 4 digits of account number    7 8 3 0

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address

Chiska, LLC

4411 Berwick Dr., San Diego, CA 92117

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __social media service__

$_____2,700.00

Date or dates debt was incurred
Last 4 digits of account number    1 0 3 0

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address

Cintas

675 32nd St., San Diego, CA 92102

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __uniform services__

$_____519.15

Date or dates debt was incurred
Last 4 digits of account number    3 3 3 0

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address

Lone Star National Bank

520 E. Nolana Ave., McAllen, TX 78501

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __credit card__

$_____9,200.00

Date or dates debt was incurred
Last 4 digits of account number    8 5 7 4

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address

La Michoacana

2068 Lapham Dr., Modesto, CA 95354

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __inventory vendor__

$_____2,006.00

Date or dates debt was incurred
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

SDG&E

8326 Century Park Ct., San Diego, CA 92123

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __gas and electric__

$_____1,800.34

Date or dates debt was incurred
Last 4 digits of account number    6 0 9 1

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor  Baja Mañana Munchies CC

Name

Case number (if known)_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.___  **Nonpriority creditor's name and mailing address**

PB Holdings, LLC

1838 Mission Cliff Dr.
San Diego, CA 92116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** unexpired lease

**$** 468,400.00

Date or dates debt was incurred      4/20/2020

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☑ Yes

---

3.___  **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**$** _____

Date or dates debt was incurred      _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.___  **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**$** _____

Date or dates debt was incurred      _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.___  **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**$** _____

Date or dates debt was incurred      _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.___  **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**$** _____

Date or dates debt was incurred      _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    Baja Mamas Munchies LLC
          Name                                                    Case number (if known)

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|--|--|------------------------|
| 5a. **Total claims from Part 1** | 5a. | $ 27,518.22 |
| 5b. **Total claims from Part 2** | 5b. + | $ 482,995.81 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 510,514.03 |

**Fill in this information to identify the case:**

Debtor name ___Baja Mama's Munchies LLC___

United States Bankruptcy Court for the: ___Southern___    District of ___CA___
(State)

Case number (If known): _____    Chapter ___7___

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Shopping Center Lease where debtor was a tenant | PB Holdings, LLC 1838 Mission Cliff Dr. San Diego, CA 92116 |
| | State the term remaining | Approx. 7 years and 1 month | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    Baja Mama's Munchies LLC

United States Bankruptcy Court for the: Southern          District of CA
                                                                    (State)

Case number (If known):  _____

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors                                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach
the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   - ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   - ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each
   schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* Codebtor | | *Column 2:* Creditor | |
|---|---|---|---|
| **Name** / **Mailing address** | | **Name** | **Check all schedules that apply:** |
| 2.1 Charles Saldana<br>402 W. Broadway, STE 1550<br>Street<br>San Diego, CA 92101<br>City / State / ZIP Code | | Lone Star National Bank | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 Charles Saldana<br>402 W. Broadway, STE 1550<br>Street<br>San Diego, CA 92101<br>City / State / ZIP Code | | PH Holdings, LLC | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 <br>Street<br>City / State / ZIP Code | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 <br>Street<br>City / State / ZIP Code | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 <br>Street<br>City / State / ZIP Code | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 <br>Street<br>City / State / ZIP Code | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name    Baja Mama's Munchies LLC

United States Bankruptcy Court for the: Southern     District of CA
                                                    (State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---------|--------|

### 1. Gross revenue from business

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023 <br> MM / DD / YYYY    to | Filing date | ☐ Operating a business <br> ☐ Other _____ | $ 0.00 |
| **For prior year:** | From 01/01/2022 <br> MM / DD / YYYY    to | 12/15/2022 <br> MM / DD / YYYY | ☑ Operating a business <br> ☐ Other _____ | $ 75,806.89 |
| **For the year before that:** | From 07/21/2021 <br> MM / DD / YYYY    to | 12/31/2021 <br> MM / DD / YYYY | ☑ Operating a business <br> ☐ Other _____ | $ 44,142.00 |

### 2. Non-business revenue

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____ <br> MM / DD / YYYY    to | Filing date | _____ | $ _____ |
| **For prior year:** | From _____ <br> MM / DD / YYYY    to | _____ <br> MM / DD / YYYY | _____ | $ _____ |
| **For the year before that:** | From _____ <br> MM / DD / YYYY    to | _____ <br> MM / DD / YYYY | _____ | $ _____ |

Debtor     Baja Mama's Munchies LLC
                 Name                                                            Case number *(if known)*_____

---

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | Lone Star National Bank | 3/10/2023 | $ 1,000.00 | ☐ Secured debt |
| | Creditor's name | | | ☑ Unsecured loan repayments |
| | 520 E. Nolana Ave. | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | McAllen, TX 78504 | | | ☐ Other _____ |
| | City          State          ZIP Code | | | |
| 3.2. | | | $_____ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City          State          ZIP Code | | | ☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | | | $_____ | _____ |
| | Insider's name | | | _____ |
| | Street | | | _____ |
| | City          State          ZIP Code | | | |
| | **Relationship to debtor** | | | |
| 4.2. | | | $_____ | _____ |
| | Insider's name | | | _____ |
| | Street | | | _____ |
| | City          State          ZIP Code | | | |
| | **Relationship to debtor** | | | |

Debtor  Baja Mama's Munchies LLC
        Name

Case number (if known) _____

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State    ZIP Code | | | |
| 5.2. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State    ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | | Last 4 digits of account number: XXXX– __ __ __ __ | | |
| | City          State    ZIP Code | | | |

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Evans v. Baja Mama's, et. al | Discrimination | Super.Ct of CA - San Diego CTL<br>Name<br>1100 Union St<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | | |
| | 37202300000495CLCRCTL | | San Diego    CA    92101<br>City    State    ZIP Code | |
| 7.2. | **Case title**<br>Pioneer v. Baja Mama's,et.al | Contract breach & others | **Court or agency's name and address**<br>District Ct of Bexar County<br>Name<br>101 W. Nueva, STE 217<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>2022CI19349 | | San Antonio    TX    78205<br>City    State    ZIP Code | |

Debtor    Baja Mama's Munchies LLC
              Name                                                                          Case number (if known)_____

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $ |
| Custodian's name | **Case title** | **Court name and address** |
| Street | | |
| | | Name |
| City            State        ZIP Code | **Case number** | Street |
| | | |
| | **Date of order or assignment** | City            State            ZIP Code |
| | | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | | | $ |
| Street | | | |
| City            State        ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| | | | |
| 9.2. Recipient's name | | | $ |
| Street | | | |
| City            State        ZIP Code | | | |
| Recipient's relationship to debtor | | | |

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | | | $ |

---

Debtor    Baja Mama's Munchies LLC
                Name                                        Case number *(if known)*_____

| **Part 6:** | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City        State        ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City        State        ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| **Trustee** | _____ | | |
| _____ | | | |

Debtor    Baja Mama's Munchies LLC
        Name

Case number (if known)_____

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | Street | | | |
| | _____ | | | |
| | City    State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | _____ | _____ | $_____ |
| | _____ | _____ | | |
| | **Address** | | | |
| | Street | | | |
| | _____ | | | |
| | City    State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | _____ <br> Street <br> _____ <br> City    State    ZIP Code | From _____ To _____ |
| 14.2. | _____ <br> Street <br> _____ <br> City    State    ZIP Code | From _____ To _____ |

| Debtor | Baja Mama's Munchies LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1.

Facility name

Street

Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.

City    State    ZIP Code

How are records kept?

*Check all that apply:*

☐ Electronically
☐ Paper

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.2.

Facility name

Street

Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.

City    State    ZIP Code

How are records kept?

*Check all that apply:*

☐ Electronically
☐ Paper

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.
☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: __ __ - __ __ __ __ __ __ __ |

Has the plan been terminated?

☐ No
☐ Yes

---

Debtor    Baja Mama's Munchies LLC
_____
Name                                                                    Case number (if known)_____

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. Lone Star National Bank<br>Name<br>520 E Nolana Ave<br>Street<br>McAllen, TX 78504<br>City    State    ZIP Code | XXXX– 7 7 5 4 | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 2/1/2023 | $ -2,700.00 |
| 18.2. Wells Fargo<br>Name<br>PO Box 29779<br>Street<br>Phoenix, AZ 85038<br>City    State    ZIP Code | XXXX– 2 3 7 0 | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 2/1/2023 | $ 10.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br><br>Street<br><br>City    State    ZIP Code | | | ☐ No<br>☐ Yes |
| | Address | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br><br>Street<br><br>City    State    ZIP Code | | | ☐ No<br>☐ Yes |
| | Address | | |

Debtor      Baja Mama's Munchies LLC
                 Name                                                Case number (if known)_____

---

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

---

**Part 12:**    **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

Debtor    Baja Mama's Munchies LLC
         Name                                                      Case number (if known)

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State        ZIP Code | City          State        ZIP Code | | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | |
| | City          State        ZIP Code | | From _____    To _____ |
| 25.2. | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | |
| | City          State        ZIP Code | | From _____    To _____ |
| 25.3. | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | |
| | City          State        ZIP Code | | From _____    To _____ |

Debtor  Baja Mama's Munchies LLC
_____
Name

Case number *(if known)*_____

---

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. | Charles Saldana | From 7/1/2021  To Present |

Charles Saldana
Name
402 W. Broadway , STE 1550
Street
San Diego, CA 92101
City                          State            ZIP Code

26a.2.

Name and address
Dates of service
From _____  To _____

Name

Street

City                          State            ZIP Code

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26b.1.

Name and address
Dates of service
From _____  To _____

Name

Street

City                          State            ZIP Code

26b.2.

Name and address
Dates of service
From _____  To _____

Name

Street

City                          State            ZIP Code

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

26c.1.

Name and address
If any books of account and records are unavailable, explain why

Charles Saldana
Name
402 W. Broadway, STE 1550
Street
San Diego, CA 92101
City                          State            ZIP Code

_____
_____
_____

Debtor    Baja Mama's Munchies LLC
          Baja Mama's Munchies, LLC
          _____
          Name

Case number *(if known)*_____

| | | |
|---|---|---|
| | **Name and address** | **If any books of account and records are unavailable, explain why** |

26c.2.

Name
_____

Street
_____

_____
City                          State          ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**Name and address**

26d.1.

Name
_____

Street
_____

_____
City                          State          ZIP Code

**Name and address**

26d.2.

Name
_____

Street
_____

_____
City                          State          ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| **Name of the person who supervised the taking of the inventory** | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
|---|---|---|
| _____ | _____ | $_____ |

**Name and address of the person who has possession of inventory records**

27.1.

Name
_____

Street
_____

_____
City                          State          ZIP Code

Debtor    Baja Mama's Munchies, LLC _____    Case number (if known)_____
              Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

Name and address of the person who has possession of inventory records

27.2.

_____
Name

_____
Street

_____
City                                    State          ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Charles Saldana | _____ | Managing Member | 22 |
| 14% Members: Suzanne Riley, Mat Tillotson, Tommy Watson, and Paul Spencer | _____ | _____ | 14/each |
| 7% Members: Ray Trevino, Mike Shaffer | _____ | _____ | 7/ each |
| Other | _____ | _____ | 10 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. | | | |
| _____ Name | _____ | _____ | _____ |
| _____ Street | | _____ | |
| _____ City                 State        ZIP Code | | _____ | |
| **Relationship to debtor** | | _____ | |
| _____ | | _____ | |

Debtor    Baja Mama's Munchies, LLC _____    Case number *(if known)* _____
              Name

| | Name and address of recipient | | |
|---|---|---|---|
| 30.2 | _____ | | |
| | Name | | |
| | Street | | |
| | _____ | | |
| | City                State        ZIP Code | | |
| | Relationship to debtor | | |
| | _____ | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/27/2023
                    MM / DD / YYYY

✗ *Charles Saldana*                                    Printed name  Charles Saldana
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  Managing Member

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No

☐ Yes

CSD 2030 (12/01/15)

Name, Address, Telephone No. & I.D. No.

Christopher Saldana, Esq. (SBN: 269456)

**Shewry & Saldana, LLP**
**402 W. Broadway, STE 1550**
**San Diego, CA 92101**
**(619) 233-8824**

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Baja Mama's Munchie's LLC

BANKRUPTCY NO.

Debtor.

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Federal Rule of Bankruptcy Procedure 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................. $ 5000.00

Prior to the filing of this statement I have received ........................................ $ 3000.00

Balance Due ................................................................................ $ 2000.00

2.  The source of the compensation paid to me was:

☐ Debtor          ☑ Other (specify)
Charles Saldana, Managing Member

3.  The source of compensation to be paid to me is:

☑ Debtor          ☑ Other (specify)
Charles Saldana, Managing Member Saldana

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:
    5(d) contin. … matters are subject to additional fees at the rate of 350 per hour.

## CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

DATED: 03/27/2023

                      /s/ Christopher Saldana, Esq.
                      _____
                      (Typed Name and Signature)

                      Shewry & Saldana, LLP
                      _____
                      (Name of Law Firm)